6TN

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 23 19

FILED
2008 JUL 29 PM 2:03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **Magistrate Docket No.** |
| Plaintiff | ) |
| v. | ) COMPLAINT FOR<br>) VIOLATION OF:<br>) **TITLE 18 U.S.C. § 1542 (Felony)** |
| **Maria de Socorro MADRIGAL-Hernandez**<br>**Aka: Catalina TEJEDA** | ) **False Statement in Application and**<br>) **Use of Passport** |

The undersigned complainant, being duly sworn, states:

**Count 1**

On or about July 28, 2008, within the Southern District of California, defendant Maria de Socoro MADRIGAL-Hernandez did knowingly and willfully use or attempt to use a passport, the issue of which was secured in any way by reason of any false statement; to wit, Defendant completed a U.S. Passport Application (form DS-11) and subsequently was issued US Passport number 076798682 in the identity of Catalina TEJEDA, a United States citizen born in Los Angeles, California on November 25, 1962, knowing full well that she was not Catalina TEJEDA and not a United States citizen entitled to a U.S. Passport. Defendant then used U.S. Passport number 076798682 to apply for entry into the United States at the Tecate Port of Entry; in violation of Title 18 United States Code, Section 1542.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

[signature]
Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This 29th day of July, 2008.

[signature] UNITED STATES MAGISTRATE JUDGE

GFN

**PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS**

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for nine years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that DEFENDANT, Maria de Socorro MADRIGAL-Hernandez, used the passport secured for any reason by means of any false statement to apply for admission into the United States at the Tecate Port of Entry. This Affidavit is made in support of a complaint against DEFENDANT for violation of Title 18, U.S.C., Section 1542, False Statement in Application and Use of a Passport.

3. On 07/28/2008, at approximately 0900 hours, DEFENDANT presented herself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the vehicle lines of the Tecate Port of Entry, to apply for admission into the United States. DEFENDANT identified herself with U.S. Passport number 076798682, bearing the name Catalina TEJEDA, DPOB 11/25/1962, California, U.S.A. and a photograph of DEFENDANT. The CBP Officer suspected DEFENDANT was not a U.S. Citizen and she was referred for secondary inspection.

4. On 07/28/2008, at approximately 1030 hours, the Affiant was contacted by a CBP Officer who stated that it was suspected that DEFENDANT had assumed the identity of a US citizen.

5. On 07/28/2008, at approximately 1130 hours, DEFENDANT was retrieved from the Tecate Port of Entry and transported to a San Ysidro Port of Entry interview room. The Affiant, assisted by a CBP Enforcement Officer, who also acted as translator when needed, interviewed DEFENDANT. DEFENDANT read her Miranda warning aloud in Spanish from a written copy. She indicated that she understood and waived her right to counsel. She admitted that her true name was Maria de Socorro MADRIGAL-Hernandez, DPOB, 05/11/1968, Michoacán, Mexico. She stated that she was a citizen of Mexico and not a citizen of the United States. DEFENDANT said that she had previously been living in the United States. DEFENDANT admitted that she assumed the identity of a deceased individual, Catalina TEJEDA. Defendant admitted that on or about 03/31/2003 she executed a DS-11 Application for a U.S. Passport, in the identity of Catalina TEJEDA. She admits that she was subsequently issued U.S. Passport number 076798682. DEFENDANT admitted that on 07/28/2008 she used the passport to apply for admission into the United States at the Tecate Port of Entry.

6. DEFENDANT acknowledged that she knew that the U.S. Passport was obtained by fraud, that she knew it was illegal to make a false statement when applying for a passport, and to subsequently use the fraudulently obtained passport. DEFENDANT made an oral recorded statement as to the elements of the charges.

7. DEFENDANT claimed to have obtained the birth certificate of Catalina TEJEDA from TEJEDA's father who had allegedly killed his daughter in a DUI accident.

8. On the basis of the facts presented in this probable cause statement consisting of 2 pages, there is probable cause to believe that the defendant named in this probable cause statement committed the offence on 07/28/2008 - in violation of Title18, United States Code, Section 1542: False Statement in Application and Use of Passport - when she knowingly and willfully used or attempted to use a passport, the issue of which was secured in any way by reason of any false statement, in order to apply for admission into the United States.

7/28/08

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

Date Time