FILED

AUG 26 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIA DE SOCORRO MADRIGAL-HERNANDEZ,<br>Defendant. | Criminal Case No. 08cr2841-JM<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony) |

The United States Attorney charges:

On or about July 28, 2008, within the Southern District of California, defendant MARIA DE SOCORRO MADRIGAL-HERNANDEZ, did falsely and willfully represent to a Department of Homeland Security, Customs and Border Protection Officer, a person having good reason to inquire into the nationality status of the defendant, that she was a citizen of the United States, whereas, in truth and fact, as the defendant then and there well knew, she was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

DATED: Aug 26, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:lml:8/4/08