AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARIA DE SOCORRO MADRIGAL-HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2841-JM

I, MARIA DE SOCORRO MADRIGAL-HERNANDEZ, the above named defendant, who is accused of Title 18, U.S.C., Sec. 911 - False Claim to United States Citizenship (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 26 August 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Socorro Madrigal Hdz.
MARIA DE SOCORRO MADRIGAL-HERNANDEZ
Defendant

Candis Mitchell
CANDIS L. MITCHELL
Counsel for Defendant

Before ______________________
JUDICIAL OFFICER

FILED
AUG 26 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

CEK:lml:8/4/08